IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARY PRITTS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 15-00090-CV-W-ODS |

<u>ORDER GRANTING PLAINTIFF'S APPLICATION FOR ATTORNEY FEES</u>

Plaintiff requests an award of fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $2,437.50. Doc. #12. Defendant has no objection to an award of EAJA fees in the amount of $2,437.50 to be paid by the Social Security Administration. Doc. #13. Plaintiff's motion is granted.

Plaintiff's award is subject to federal administrative offset for Plaintiff's outstanding federal debts, if any. *See Astrue v. Ratliff*, 130 S. Ct. 2521, 2527 (2010). In light of Plaintiff's assignment of any award to her attorney, the net award should be made payable to Plaintiff's counsel.

IT IS SO ORDERED.

DATE: July 19, 2017

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT